IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)
Thomas G. LeFaivre

Civil Case # 1:22-cv-1151

**SHORT FORM COMPLAINT**

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

   Thomas George LeFaivre

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   N/A

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

   Missouri

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

   Missouri

6. Plaintiff's/Deceased Party's current state of residence:

   Missouri

7. District Court and Division in which venue would be proper absent direct filing:

   Eastern District of Missouri

8. Defendants (Check Defendants against whom Complaint is made):

   ☐   Cook Incorporated

   ☐   Cook Medical LLC

   ☒   William Cook Europe ApS

9. Basis of Jurisdiction:

   ☒   Diversity of Citizenship

   ☐   Other: _____

   a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

      23, 24, 28

   b. Other allegations of jurisdiction and venue:

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filters):

    ☐ Günther Tulip® Vena Cava Filter

    ☒ Cook Celect® Vena Cava Filter

    ☐ Gunther Tulip Mreye

    ☐ Cook Celect Platinum

    ☐ Other: _____

11. Date of Implantation as to each product:

    08/07/2018

12. Hospital(s) where Plaintiff was implanted (including City and State):

    St. Anthony's Hospital n/k/a Mercy Hospital South, 10010 Kennerly Rd.,

    St. Louis, Missouri 63128

13. Implanting Physician(s):

    Dr. David Dobmeyer

14. Counts in the Master Complaint brought by Plaintiff(s):

    ☒ Count I:    Strict Products Liability – Failure to Warn

    ☒ Count II:   Strict Products Liability – Design Defect

    ☒ Count III:  Negligence

    ☒ Count IV:   Negligence Per Se

3

| | | |
|---|---|---|
| ☒ | Count V: | Breach of Express Warranty |
| ☒ | Count VI: | Breach of Implied Warranty |
| ☒ | Count VII: | Violations of Applicable <u>Missouri V.A.M.S § 407.020</u> (insert State) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices |
| ☐ | Count VIII: | Loss of Consortium |
| ☐ | Count IX: | Wrongful Death |
| ☐ | Count X: | Survival |
| ☒ | Count XI: | Punitive Damages |
| ☐ | Other: | _____ (please state the facts supporting this Count in the space, immediately below) |
| ☐ | Other: | _____ (please state the facts supporting this Count in the space, immediately below) |

_____

_____

_____

_____

15. Attorney for Plaintiff(s):

   Patrick R. McPhail, The Simon Law Firm, P.C.

16. Address and bar information for Attorney for Plaintiff(s):

| 800 Market Street, Suite 1700 |
|---|
| St. Louis, MO 63101 |
| Missouri Bar No. 70242 |

Dated: June 7, 2022

Respectfully submitted,

**THE SIMON LAW FIRM, P.C.**

By:   */s/ Patrick R. McPhail*
Patrick R. McPhail, #70242MO
800 Market Street, Suite 1700
St. Louis, MO 63101
Telephone:  314-241-2929
pmcphail@simonlawpc.com
***Attorneys for Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify that on June 7, 2022, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's CM/ECF filing system to all counsel of record.

*/s/ Patrick R. McPhail*
Patrick R. McPhail